

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00278-CR

Sindey R. **DENBINA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8319
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date GRANTED IN PART. Time is extended to August 3, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Bettina J. Williams
Official Court Reporter - 187th District Court
Cadena-Reeves Justice Center
300 Dolorosa, Suite 2129
San Antonio, TX 78205

Anthony Cantu
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, TX 78205

Michael D. Robbins
Appellate Public Defender's Office
101 W. Nueva, Suite 310
Paul Elizondo Tower 1
San Antonio, TX 78205